UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**,

v.

**ELOD TAMAS TOLDY**,

*Defendant.*

Case No. 3:11-cr-00294-TJC-TEM

**UNOPPOSED MOTION TO PERMIT TRAVEL**

Defendant, ELOD TAMAS TOLDY, files this Unopposed Motion to Permit Travel in order to allow him to travel for legitimate business purposes. As grounds for this motion, the parties would show:

1.  On November 22, 2011, the defendant waived indictment and was charged in a two count information. On December 7, 2011, the defendant entered into a Plea Agreement, and was sentenced on November 14, 2012.

2.  The sentence was for a term of a year and a day, and the defendant is due to be released from the halfway house on December 11, 2013. He is to be on supervised release for at least one year.

3.  As the court is aware, the defendant's business (Pioneer Breaker & Control Supply) supplies circuit breakers, fuses, contactors, motor starters, and other

1

key electrical products to commercial and industrial customers. Some of these components are refurbished or surplus, but many of these components are made in China and it was customary for defendant to travel to internationally, including to mainland China, on a regular basis as a part of his legitimate business.

4. During the time after the filing of the information, through the time of the sentencing, and up to the time the defendant self-reported, the defendant was permitted by the Court to continue to travel freely (including internationally) for legitimate business purposes. This lack of restriction, though unusual, was agreed to by the United States.

5. While defendant was incarcerated, however, Pioneer was hampered in its business, as described in the attached letter from Pioneer's president, Scott Simmons. (Mr. Simmons was responsible for running the business while Mr. Toldy was incarcerated.)

6. Once the defendant is on supervised release, his probation officer (Kathleen Dow, of the U.S. Probation Office for the Western District of Texas) will need guidance regarding the appropriate level of travel restriction designated for the defendant.

7. Defendant requests that (during the period of his supervised release) he again be permitted to travel freely (including internationally) for legitimate business purposes, upon advance notice to his probation officer.

8. Undersigned local counsel has consulted with AUSA Julie Hackenberry and is authorized to represent that the United States does not oppose this motion. (In addition, Mr. Fagerberg has discussed these matters with U.S.P.O. Kathleen Dow, and this motion has been drafted in light of those discussions.)

WHEREFORE, ELOD TAMAS TOLDY requests that (during the period of his supervised release) he again be permitted to travel freely (including internationally) for legitimate business purposes, upon advance notice to his probation officer, rather than imposing the standard restrictions of the U.S. Probation Office, Western District of Texas.

## MEMORANDUM

As part of its inherent powers, and by custom and practice, the Court has discretion to designate special conditions for the period of supervised release, including those relating to travel restrictions.

DATED at Jacksonville, Florida, December 2, 2013.

> BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
> Professional Association
>
> By:  s/Allan F. Brooke II
> _____
> Allan F. Brooke II
> Florida Bar No. 994413
> *afb@bedellfirm.com*
> 101 East Adams Street
> Jacksonville, FL 32202
>     (904) 353-0211
>     (904) 353-9307 Facsimile

LAW OFFICE OF THOMAS C. FAGERBERG

Thomas C. Fagerberg
907 Rio Grande Ave
Austin Tx 78701
   (512) 610-1090
   (512) 610-1099 Facsimile

Attorneys for Defendant Elod Tamas Toldy

### CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Julie Hackenberry, Esquire
Assistant U.S. Attorney
United States Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202-4270

By:   s/Allan F. Brooke II
_____
Allan F. Brooke II
Florida Bar No. 994413
*afb@bedellfirm.com*
101 East Adams Street
Jacksonville, FL 32202
   (904) 353-0211
   (904) 353-9307 Facsimile

Honorable Timothy J. Corrigan
United States District Court Judge
United States Courthouse
300 N. Hogan Street
Jacksonville, Florida 32202

Re:   Elod Toldy

Dear Judge Corrigan:

My name is Scott Simmons. I am President of Pioneer Breaker and Control Supply, Co. I've been employed by Pioneer Breaker since May 7, 2012 and I've served as the company's president since January 11, 2013. I am writing this letter to request that Elod Toldy be permitted to travel, during the entire period of his probation, within the United States and to and from Canada and China, in the same manner and to the same extent as he traveled prior to his incarceration at the Federal Bureau of Prisons Correctional Institution in Bastrop, Texas on January 28, 2013; that is, without restriction as to time, duration, place or otherwise.

Pioneer Breaker buys and sells new and surplus electrical equipment. While the company has been able to continue operations during Mr. Toldy's incarceration, we've been able to do that only by buying a limited number of products, most of which have been new items that the company has sold in the past. Surplus sales have suffered because we have not had the expertise to replenish much of the surplus stock after it sells.

In addition, the company orders some new items from a number of Chinese suppliers, who too often ship the wrong merchandise or merchandise that does not meet specifications  The costs and delays associated with addressing the problems created by those shipping errors have a materially adverse impact on the company's business and its relationships with its customers.

Mr. Toldy has a very long history of experience with the products Pioneer Breaker buys, and he took care of the buying side of the company's business before his incarceration at the beginning of this year.

Since then, Pioneer Breaker's business has suffered because Mr. Toldy is the only person associated with Pioneer Breaker who has sufficient knowledge of the surplus electrical equipment to make sound purchasing assessments in all cases about the value, specifications and functionality of the items the company needs to buy. In addition, Mr. Toldy is the only person who has both knowledge of the products the company buys from China and knowledge of the relationships the company has with its Chinese suppliers and their customs, practices and language.

I believe the company's viability as a surplus electrical company will depend greatly upon the ability of the company to use Mr. Toldy's expertise during the period of his probation. Therefore, I am asking, as president of the company, that the court permit Mr. Toldy to travel, during the entire period of his probation, within the United States and to and from Canada and China, in the same manner and to the same extent as he traveled prior to January 28, 2013; that is, without restriction as to time, duration, place or otherwise.

Sincerely,

Scott Simmons


**EXHIBIT**