**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:11-cr-294-J-32TEM

ELOD TAMAS TOLDY

_____

### ORDER

This case is before the Court on defendant's Unopposed Motion to Permit Travel (Doc. 37). It is hereby

**ORDERED:**

The Motion (Doc 37) is **GRANTED**. During the period that defendant is on supervised release and upon advance notice to his probation officer, the defendant shall be permitted to travel freely, including international travel, for legitimate business purposes.

**DONE AND ORDERED** in Jacksonville, Florida, this 11th day of December, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Julie Hackenberry, AUSA
Allan F. Brooke, II, Esquire
U.S. Probation
Defendant